# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-S-19-18056-ABL **(Lead Case)** |
| WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with**: |
| | Case No. BK-S-20-11597-ABL |
| Debtor. | Case No. BK-S-20-11211-ABL |
| | Case No. BK-S-20-11215-ABL |

☐ Affects Einstein Sports Advisory Ltd.
☐ Affects QSA LLC
☐ Affects Wellington Sports Club, LLC
☐ Affects Welscorp, Inc.
☒ Affects All Debtors

Chapter 7

LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE

        Plaintiff,

        vs.

PHIL MANNONI

        Defendant.

**ADVERSARY PROCEEDING**

Case No. 21-01177-ABL

---

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _2/10/2022_ as it appears in the records of this court, and that:
                                                  (date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                          (date)

1

☐   An appeal was taken from this judgment, and the judgment was affirmed by mandate of the

_____ issued on _____.
               (name of court)                                  (date)

☐   An appeal was taken from this judgment, and the appeal was dismissed by order entered on

_____.
     (date)

*/s/ Mary Schott*
_____

Clerk of the Bankruptcy Court

7/22/22
_____
Date

By: _____

Deputy Clerk

2