Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653
Telephone:    949.200.9114
Facsimile:    949.222.3453
Email:        brett@ramsaurlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>PHIL MANNONI,<br><br>Defendant. | Case No. 4:22-mc-80286-LJC<br><br>**ORDER APPOINTING PROCESS SERVER** |

The Court, having considered the Request for Appointment of Process Server filed by Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee (collectively, "<u>Judgment Creditor</u>"), and good cause appearing therefore, hereby orders as follows:

1. The Request is approved.

2. The Judgment Creditor may employ a registered private process server, specifically identified as Nationwide Legal, LLC, who employs California registered process servers over 18 years of age and of suitable discretion, and who is not a party to this action.

3. Nationwide Legal, LLC is authorized and appointed to serve any writ(s) of execution entered in this action.

4. The U.S. Marshal shall remain the levying officer for any writ(s) of execution entered in this action.

Dated: December 29, 2022

*[signature]*
Judge of the U.S. District Court