**Russell J. Singer**
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Judgment Creditor and Assignee of Record, In Pro Per



FILED

JUN -3 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Welscorp, Inc.,<br><br>    Plaintiff / Judgment Creditor,<br><br>v.<br><br>PHIL MANNONI,<br><br>    Defendant / Judgment Debtor. | Case No. 3:22-mc-80286-LJC<br><br>NOTICE OF ASSIGNMENT OF JUDGMENT<br><br>(Judgment registered under 28 U.S.C. § 1963; originating court: U.S. Bankruptcy Court, District of Nevada, Adv. Proc. No. 21-01177-ABL) |

TO THE COURT, THE JUDGMENT DEBTOR, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that ownership of the judgment registered in this Court in the above-captioned matter has been transferred, as follows:

1. Registered Judgment. The judgment is the default judgment entered February 10, 2022, against defendant Phil Mannoni in Adversary Proceeding No. 21-01177-ABL, Schwartzer v. Mannoni, U.S. Bankruptcy Court, District of Nevada, and registered in this Court on October 26, 2022, pursuant to 28 U.S.C. § 1963 (Case No. 3:22-mc-80286-LJC).

2. Judgment Debtor. Phil Mannoni.

3. Judgment Amount. $148,326.97, as entered, plus post-judgment interest under 28 U.S.C. § 1961 and recoverable costs.

4. Assignor. Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee of the

Bankruptcy Estate of Welscorp, Inc.

5. Assignee. Russell J. Singer.

6. Assignment. By an Assignment of Judgment dated December 22, 2025, the Assignor assigned to the Assignee all right, title, and interest in the judgment, together with all post-judgment interest and enforcement rights. A true and correct copy is attached as Exhibit A. The Assignment was filed in the originating adversary proceeding at Docket No. 28 (entered January 30, 2026).

Russell J. Singer is now the judgment creditor and assignee of record. All future notices and payments concerning this judgment should be directed to the Assignee at the address above.

Dated: May 28, 2026

_____

Russell J. Singer, Assignee of Record, In Pro Per

# EXHIBIT A

## ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES,** having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 **(the "TRUSTEE" OR "ASSIGNOR")**, and pursuant to that certain Asset Purchase Agreement, dated as of December _, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, 204 Laguna Beach, California, 92652 ("**ASSIGNEE**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: _12/22/2025_

LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE, *Assignor*

By: _____
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA      )
                                     ss:
COUNTY OF _Clark_      )

On the _22_ day of December, 2025, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

_Suzanne Jordan_
Notary Public

SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-3153-01
My Appt. Expires Jul 31, 2026

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-20-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-20-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

### ABSTRACT OF JUDGMENT RECORDINGS - DIANNE HUTCHINGS

The following Abstracts of Judgment have been recorded against Judgment Debtor Dianne Hutchings:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| San Bernardino | 03/16/2023 | 2023-0062417 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 04/24/2023 | 20230262469 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 01/23/2024 | 20240050126 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020613 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020614 | 2:22-CV-09142-PSG | $119,988.23 |

**Defendant Address:** 16153 Evansdale Way, Victorville, CA 92395

**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)

*Note: The Los Angeles County recording dated 04/24/2023 (Inst. No. 20230262469) is the primary abstract for enforcement against property located at 471 Canyon Vista Drive, Los Angeles, CA 90065.*

### ABSTRACT OF JUDGMENT RECORDINGS - DAMIANO BRYAN CENTOLA

The following Abstract of Judgment has been recorded against Judgment Debtor Damiano Bryan Centola:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 11) | 2:22-cv-09186-PSG-MARx | $20,000.00 |

Defendant Address: 471 Canyon Vista Dr., Los Angeles, CA 90065
Judgment Creditor: Schwartzer, Lenard E. (Chapter 7 Trustee)
Judgment Date: October 26, 2022
SSN (last 4): 8472

### ABSTRACT OF JUDGMENT RECORDINGS - DANYELLE RAMIREZ

The following Abstract of Judgment has been recorded against Judgment Debtor Danyelle Ramirez:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 12) | 2:22-cv-9278-PSG-MAR | $54,986.08 |

Defendant Address: 1303 Valiant Street, Lancaster, CA 93534
Judgment Creditor: Schwartzer, Lenard E. (Chapter 7 Trustee)
Judgment Date: October 26, 2022
SSN (last 4): 7598

**Russell J. Singer**
PO Box 485, Laguna Beach, California 92652
(949) 280-4336 | russell@adobejudgmentcollections.com

May 28, 2026

Clerk of Court
United States District Court, Northern District of California
Ronald V. Dellums Federal Building and U.S. Courthouse
1301 Clay Street, Suite 400 S
Oakland, CA 94612

**Re: Schwartzer v. Mannoni, No. 3:22-mc-80286-LJC: Filing of Notice of Assignment of Judgment**

Dear Clerk of Court:

I am the assignee and judgment creditor of record of the judgment registered in this Court under 28 U.S.C. § 1963 in the above-numbered miscellaneous case. Enclosed for filing is the Notice of Assignment of Judgment, with the Assignment of Judgment attached as Exhibit A.

Requested action: Please file the enclosed Notice of Assignment of Judgment in this case.

Thank you for your assistance.

Very truly yours,

*Russell J. Singer*

**Russell J. Singer**
Judgment Creditor and Assignee of Record, In Pro Per



Russ Sanger
P.O Box 485
Laguna Bch Cq
    92652

Clerk of Court
U.S. District Court
1301 Clay St. # 400S
Oakland CA.    94612

SANTA ANA CA 926
29 MAY 2026 PM 4 L
UNITED STATES OF AMERICA
2025  FOREVER/USA
UNITED STATES OF AMERICA
2025  FOREVER/USA
UNITED STATES OF AMERICA
FOREVER/USA

94612-522529

RECEIVED

JUN - 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA